UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT BELLO,

                Plaintiff,

-against-                              19 **CIVIL** 3514 (VB)

## **JUDGMENT**

ROCKLAN COUNTY, New York; Sheriff
LOUIS FALCO, III; THOMAS SIMETI; and
JOHN DOES 1-5,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated May 11, 2020, the motion for judgment on the pleadings is granted, and this case is closed.

**Dated:**  New York, New York

      May 11, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                      Clerk of Court
                                    **BY:**
                                                        _____
                                                          Deputy Clerk